### BAUER, Respondent, v. McCAULEY, Appellant.

(Supreme Court, General Term, First Department.   February 16, 1894.)

Action by Louis Bauer against John L. McCauley.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
M. P. Stafford, for appellant.
Jas. Dunne, for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

### In re BROADWAY & S. A. R. CO. et al.

(Supreme Court, General Term, First Department.   February 16, 1894.)

In the matter of the Broadway & Seventh Avenue Railroad Company and others for the appointment of commissioners.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
No opinion.   Motion granted.

---

### BROWNE, Appellant, v. BAKER et al., Respondents.

(Supreme Court, General Term, First Department.   February 16, 1894.)

Action by Mary A. Browne against John M. Baker and another.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Jerome A. Nason, for appellant.
W. E. Stiger, for respondents.
No opinion.   Motion to dismiss appeal granted, with $10 costs.   See 26 N. Y. Supp. 1113.

---

### CHISHOLM, Appellant, v. PROUT, Respondent.

(Supreme Court, General Term, First Department.   February 16, 1894.)

Action by Alexander Chisholm against Moses P. Prout.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
E. C. Perkins, for appellant.
G. H. Crawford, for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

### CONKLING et al. v. ZEREGA.

(Supreme Court, General Term, First Department.   February 16, 1894.)

Action by Theodore Conkling and others against Lissie H. Zerega.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
No opinion.   Motion denied.   See 25 N. Y. Supp. 558.

---

### In re CULLUM'S ESTATE.

(Supreme Court, General Term, First Department.   February 16, 1894.)

Appraisement of the estate of George W. Cullum, deceased.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
No opinion.   Decree affirmed, with costs.   See 25 N. Y. Supp. 699.